# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PAONE, SR. AND SANDRA PAONE, his wife,  Plaintiffs | : : : | |
| vs. | : : | CIVIL ACTION - LAW JURY TRIAL DEMANDED |
| JOSEPH A. LIPUMA and WERNER ENTERPRISES, INC., Defendants | : : : | No.: 3:04-CV-970 |

## **ORDER**

AND NOW, this ____ day of _____, 2005, upon consideration of defendants, Joseph Lipuma and Werner Enterprise's, Motion Defendants' Motion *In Limine*, Or Alternatively, Request For A Daubert Hearing, To Preclude The Testimony Of Cecil Lane and any responses thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED.  Plaintiffs are precluded from introducing the testimony or opinions of Cecil Lane.

                                                BY THE COURT:

                                                _____
                                                                  J.